UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-40805-lsg |
| South Town by 4M LLC, | Chapter 11 |
| Debtor. | Hon. Lisa S. Gretchko |

_________________________/

**APPLICATION TO EMPLOY**
**TAFT STETTINIUS & HOLLISTER, LLP AS COUNSEL**
**FOR THE DEBTOR, SOUTH TOWN BY 4M LLC**

The Debtor, South Town by 4M LLC, (the "Debtor" or "Debtor in Possession"), for its *Application to Employ Taft Stettinius & Hollister, LLP as Counsel for the Debtor, South Town by 4M LLC,* (the "Application") states as follows:

## JURISDICTION

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue of this chapter 11 case in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is section 105(a) and 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014

of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

4. On January 27, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief in this Court under chapter 11 of Title 11 of the Bankruptcy Code.

5. The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to section 1184 of the Bankruptcy Code.

6. Heidi Poscher, Personal Representative of the Estate of the Debtor's sole Member, Margaret Poscher (Deceased) is the responsible person for the Debtor.

~~7.~~ No creditors' committee has been appointed.

8. Prior to the Petition Date, the Debtor engaged Taft Stettinius & Hollister, LLP ("Taft") to represent it in the filing of this bankruptcy case. No amounts are due and owing from the Debtor for prepetition services.

## RELIEF REQUESTED

9. The Debtor seeks the entry of an Order, substantially in the form attached hereto, authorizing the Debtor to retain and employ Taft as its counsel.

10. Section 327(a) of the Bankruptcy Code permits the Debtor to retain attorneys "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the

trustee's duties under this title." Pursuant to section 1107(a) of the Bankruptcy Code debtors in possession are granted the rights, duties and powers of a trustee (subject to some limitations). As such, the Debtor is authorized, as debtor in possession, to seek employment of Taft as its counsel in this bankruptcy proceeding to assist the Debtor in carrying out its duties as debtor in possession under the Bankruptcy Code.

11. Consistent with the requirements of section 327(a) of the Bankruptcy Code, as set forth in the Declaration of Disinterestedness of Kimberly Ross Clayson attached hereto as Exhibit 1 (the "Declaration"), and to the best of her knowledge, information, and belief, Taft does not represent or hold any interest adverse to the Debtor's bankruptcy estate. Moreover, Taft and its partners, attorneys and employees are disinterested persons as that term is defined section 101(14) of the Bankruptcy Code in that they are not creditors, equity security holders, insiders of the Debtor and, in the two years before the Petition Date, neither Taft, its partners, its attorneys nor its employees served as directors, officers, or employees of the Debtor.

12. Ms. Clayson has directed a detailed search of Taft's client database and while some client-affiliated entities were identified as connections, Taft has never and does not currently represent any of its clients in connection with matters adverse to or in any way connected to the Debtor. The Declaration contains a

detailed explanation of Taft's representation of related parties, affiliates and related entities to the Debtor. Taft will not represent any of these parties in connection with this bankruptcy case.

13. Taft is well-positioned to serve as the Debtor's counsel in this bankruptcy proceeding. Taft is comprised of more than 1200 attorneys in eight primary Midwest markets including Michigan, Ohio, Minnesota, Illinois, Indiana and the District of Columbia, with recent expansion to Colorado, Arizona, Georgia and Florida. Taft's business restructuring, bankruptcy, and creditors' rights group has extensive experience and expertise in representing businesses through the complex process of bankruptcy and related matters, such as debt restructuring, reorganization, and creditor negotiations.

14. In addition to Taft's qualifications, the Debtor's primary counsel, Jay Welford and Kimbelry Ross Clayson, who are both partners in the firm's bankruptcy and restructuring practice group, have nearly 65 years of combined legal experience representing debtors, creditors, creditors' committees and other parties in interest in chapter 11 bankruptcy cases in Michigan and across the United States.

15. Taft will serve as the Debtor's counsel and will perform all services attending thereto. More specifically, the services to be provided include, but are not limited to:

a. Reviewing assets, liabilities, loan documentation, account

statements, executory contracts and other relevant documentation;

b. Providing the Debtor and its responsible person legal advice with respect to the Debtor's powers and duties as Debtor in Possession in the operation and management of its financial affairs;

c. Assisting the Debtor in the preparation of its schedules, statement of financial affairs and other required filings and documents;

d. Preparation of pleadings such as the Debtor's applications to employ attorneys, accountants or other professional persons, motions for turnover, motion for use of cash collateral, motions for use, sale or lease of property, motion to assume or reject executory contracts, plan and disclosure statement documents, applications, motions, complaints, answers, orders, reports, objections to claims, legal documents and any other necessary pleadings in furtherance of the Debtor's reorganizational goals;

e. Negotiating with creditors and other parties in interest and attending court hearings, meetings of creditors and meetings with other parties in interest;

f. Reviewing proofs of claim and solicitation of creditors' acceptances of the Debtor's plan; and,

g. Performing all other legal services for the Debtor which may be

necessary or in furtherance of its reorganizational goals.

16. Taft will be compensated hourly at its standard hourly rates subject to final review and approval from the Bankruptcy Court. The rates for the Taft attorneys who are likely to render services to the Debtors range from $385 to $800 per hour. Ms. Clayson's hourly rate for this Bankruptcy Case is $580 and Mr. Welford's rate is $760, who will be the primary counsel to the Debtor for the duration of the bankruptcy case.

17. The Debtor has not made a previous request to this or to any other court for the relief sought in this Application.

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the relief requested in the Application and such additional relief as is just and equitable.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER, LLP**

/s/Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Jay L. Welford (P34471)
27777 Franklin Road Suite 2500
Southfield, Michigan 48034
248-351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

*Counsel to the Debtor, South Town by 4M LLC*

By: /s/ Heidi Poscher
Heidi Poscher
Its: Responsible Person

Dated: February 6, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-40805-lsg |
| South Town by 4M LLC, | Chapter 11 |
| Debtor. | Hon. Lisa S. Gretchko |

_________________________/

**ORDER GRANTING APPLICATION TO EMPLOY TAFT STETTINIUS & HOLLISTER, LLP AS COUNSEL FOR THE DEBTOR, SOUTH TOWN BY 4M LLC**

THIS MATTER came before this Court upon the Debtor's[1] *Application To Employ Taft Stettinius & Hollister LLP as Counsel for the Debtor, South Town by 4M, LLC* (the "Application"); the Court having reviewed the same and being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that the Application is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Debtor is authorized to employ Taft Stettinius & Hollister LLP ("Taft") pursuant to the terms described in the Application.

IT IS HEREBY FURTHER ORDERED that all fees and expenses of Taft must be approved by the Court by separate Order.

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.