Docusign Envelope ID: 656EDAB4-B200-47B6-B034-47A82550F030

# United States Bankruptcy Court
## Eastern District of Michigan

In re __South Town by 4M LLC__  
Debtor(s)

Case No. __26-40805__  
Chapter __11__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Heidi Poscher, Personal Representative of the Estate of Margaret E. Poscher (Deceased)**, declare under penalty of perjury that I am the Personal Representative of the Estate of Margaret S. Poscher (Deceased), the sole member of **South Town by 4M LLC**, a Michigan limited liability company (the "Company"), and that on the 21st day of January, 2026, I executed the attached resolution authorizing the Company to file a chapter 11 bankruptcy case and to perform all acts of the Company necessary thereto.

Date __February 9, 2026__

Signed __Heidi Poscher__
Estate of Margaret E. Poscher, Sole Member, By Heidi Poscher