**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

**Case Name:** South Town by 4M LLC **Case No.:** 26-40805

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
  - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
  - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ☑ **Schedules and List of Creditors:**
  - ☐ Schedule A/B
  - ☐ Schedule C ☐ Debtor 2 Schedule C
  - ☑ List of Creditors ☐ Schedule D ☐ Schedule E/F and
    - ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt **- $34.00 Fee Required**, or
    - ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
  - ☐ Schedule G
  - ☐ Schedule H
  - ☐ Schedule I
  - ☐ Schedule J
  - ☐ Schedule J-2
  - ☐ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| | | | |
|---|---|---|---|
| ➡ | **DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached.** | | |
| **Date** | February 9, 2026 | **Signature** | /s/Kimberly Ross Clayson |
| ➡ | **AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief.** | | |
| **Date** | February 9,2026 | **Signature** | /s/Heidi Poscher |

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| Synecdouche Studios<br>Lisa Sauve<br>626 Harper Ave, Suite A<br>Detroit, MI 48202 | Synecdoche Studios<br>Lisa Sauve<br>626 Harper Ave, Suite A<br>Detroit, MI 48202 |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| | |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| | |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| | |

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:** Graybar/Schneider

**ADDRESS:** 34 N. Meramec Avenue
St. Louis, MO 63105

**NAME OF CREDITOR:** Bill Me Later, Inc./PayPal, Inc.

**ADDRESS:** 2211 North First Street
San Jose, CA 95131

**NAME OF CREDITOR:** Ressiliant Solar of East Tennessee LLC

**ADDRESS:** 640 Myatt Dr.
Madison, TN 37115

***FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.***



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com