| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **South Town by 4M LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | **26-40805** |

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bill Me Later, Inc./ PayPal, Inc. 2211 North First Street San Jose, CA 95131 | (866) 406-2852 | business loan | Contingent Unliquidated Disputed | | | $105,404.92 |
| G2 Attn: Jason Stoops 1350 Eisenhower Pl Ann Arbor, MI 48108 | Jason Stoops (734) 390-9330 Jstoops@g2consultinggroup.com | | Contingent Unliquidated Disputed | | | $26,425.00 |
| Graybar/Schneider 34 N. Meramec Avenue St. Louis, MO 63105 | Bonnie Campbell (586) 596-7590 bonnie.campbell@graybar.com | | Contingent Unliquidated Disputed | | | $95,023.00 |
| Higley Construction Attn: Ryan Doyle 1274 Library St. #400 Detroit, MI 48226 | Ryan Doyle (313) 314-1466 Ryan.Doyle@higleybuilds.com | | Contingent Unliquidated Disputed | | | $948,115.00 |
| Learfield Attn: Shelby Koelling 922 Walnut Street Kansas City, MO 64106 | Shelby Koelling (336) 831-0737 skoelling@learfield.com | | Contingent Unliquidated Disputed | | | $180,000.00 |
| Ressiliant Solar of East Tennessee LLC 640 Myatt Dr. Madison, TN 37115 | | | | | | 0.00 |
| Synecdoche Studios Lisa Sauve 626 Harper Ave, Suite A Detroit, MI 48202 | | | Contingent Unliquidated Disputed | | | $805,832.85 |

Docusign Envelope ID: BFBC6982-B553-44C3-8334-A069F737DB06

# United States Bankruptcy Court
## Eastern District of Michigan

In re **South Town by 4M LLC** Debtor(s)

Case No. **26-40805**
Chapter **11**

# VERIFICATION OF LIST OF 20 LARGEST UNSECURED CREDITORS

I, the Personal Representative of the corporation named as the debtor in this case, hereby verify that the foregoing list of creditors holding the 20 largest unsecured claims is true and correct to the best of my knowledge.

Date: February 9, 2026

Signed by:
Heidi Poscher
F24B117F531A408...

**Estate of Margaret E. Poscher, Sole Member, By Heidi Poscher/Personal Representative**
Signer/Title