UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

SOUTH TOWN BY 4M LLC,

Debtor.
_____________________________________/

Case No. 26-40805-lsg
Chapter 11
Hon. Lisa S. Gretchko

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AS COUNSEL TO INTERESTED PARTY CHELSEA STATE BANK**

PLEASE TAKE NOTICE that Frances Belzer Wilson of DAWDA PLC hereby enters her appearance as counsel for Interested Party Chelsea State Bank and hereby requests that the undersigned attorney be added to the official mailing matrix and service lists in this case. Counsel for Chelsea State Bank requests that copies of all notices and pleadings given, required to be given or requested to be given in this Chapter 11 case, including but not limited to, all notices, reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Interested Party Chelsea State Bank through service upon Dawda PLC, at the addresses, emails, and/or facsimile numbers set forth below:

**DAWDA PLC**

Frances Belzer Wilson (P68650)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248) 642-3700
(248) 642-7791 (Fax)

fwilson@dawdalaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Respectfully submitted,

DAWDA PLC

By: *_/s/ Frances Belzer Wilson_*

Frances Belzer Wilson (P68650)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248) 642-3700
Attorneys for CHELSEA STATE BANK
fwilson@dawdalaw.com

Dated: February 19, 2026