| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **South Town by 4M LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **26-40805** |

■ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |
| **2.1** | **Brownstone Realty Advisors, LLC**<br>Creditor's Name<br><br>**28562 Oso Parkway, Suite D522**<br>**Rancho Santa Margarita, CA 92677**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/1/2024**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Multiple parcels of land at: 1606 White St, 1608 White St, 1610 White St, 1612 White St, 714 Henry St, 1601 S State St, 1605 S State St, 1607 S State St, 1609 S State St and 1611 S State St, all located in Ann Arbor, MI 48104**<br><br>**Describe the lien**<br>**3rd position**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | **$7,472,067.43** | **$7,472,067.43** |
| **2.2** | **City of Ann Arbor**<br>Creditor's Name<br><br>**Attn: Assessor**<br>**301 E. Huron St.**<br>**Ann Arbor, MI 48104**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**Multiple parcels of land at: 1606 White St, 1608 White St, 1610 White St, 1612 White St, 714 Henry St, 1601 S State St, 1605 S State St, 1607 S State St, 1609 S State St and 1611 S State St, all located in Ann Arbor, MI 48104**<br><br>**Describe the lien**<br>**1st position**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No | | **$160,196.86** | **$160,196.86** |

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 4

Debtor **South Town by 4M LLC**
Name

Case number (if known) **26-40805**

**11/19/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.3** | **County National Bank (CNB)**
Creditor's Name

**1 S. Howell Street**
**Hillsdale, MI 49242**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/1/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Multiple parcels of land at: 1606 White St, 1608 White St, 1610 White St, 1612 White St, 714 Henry St, 1601 S State St, 1605 S State St, 1607 S State St, 1609 S State St and 1611 S State St, all located in Ann Arbor, MI 48104**

Describe the lien
**2nd position**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

$16,368,776.07 | $16,368,776.07

---

**2.4** | **Higley Construction**
Creditor's Name

**Attn: Ryan Doyle**
**1274 Library St. #400**
**Detroit, MI 48226**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/1/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

$948,115.00 | $948,115.00

---

**2.5** | **Prentice Partners of Ann Arbor, LLC**

Describe debtor's property that is subject to a lien

$8,500,000.00 | $8,500,000.00

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 2 of 4

Debtor **South Town by 4M LLC**
Name

Case number (if known) **26-40805**

---

Creditor's Name

**1919 S Industrial Highway
Ann Arbor, MI 48104**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**Multiple parcels of land at: 1606 White St, 1608 White St, 1610 White St, 1612 White St, 714 Henry St, 1601 S State St, 1605 S State St, 1607 S State St, 1609 S State St and 1611 S State St, all located in Ann Arbor, MI 48104**

**Describe the lien**
**4th position**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/19/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.6 **SmithGroup**
Creditor's Name
**Attn: Michael Johnson
201 Depot St #100
Ann Arbor, MI 48104**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**$508,139.00**    **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/1/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.7 **Synecdoche Studios**
Creditor's Name
**Lisa Sauve
626 Harper Ave, Suite A
Detroit, MI 48202**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**$805,832.85**    **$805,832.85**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2022**
**Last 4 digits of account number**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| Debtor | **South Town by 4M LLC** | Case number (if known) | **26-40805** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $34,763,127.21

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company** **Registered Agent** **251 Llittle Falls Drive** **Wilmington, DE 19808** | Line **2.1** | |
| **James A. Schriemer** **Conlin, McKenney & Philbrick, P.C.** **350 S. Main St., Suite 400** **Ann Arbor, MI 48104** | Line **2.3** | |
| **Justin P. Bagdady** **201 S. Division St., Suite 400** **Ann Arbor, MI 48104** | Line **2.3** | |
| **Kevin A. Fanning** **Counsel for Brownstone** **220 Park Street, Suite 200** **Birmingham, MI 48009** | Line **2.1** | |
| **Robert Diehl** **Bodman PLC** **6th Floor at Ford Field** **1901 S. Antoine Street** **Detroit, MI 48226** | Line **2.3** | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>South Town by 4M LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF MICHIGAN</td></tr>
<tr><td>Case number (if known)</td><td><strong>26-40805</strong></td></tr>
</table>

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Bill Me Later, Inc./PayPal, Inc.**<br>**2211 North First Street**<br>**San Jose, CA 95131**<br><br>Date(s) debt was incurred **unknown**<br>Last 4 digits of account number **5969** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **LoanBuilder account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$105,404.92** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**G2**<br>**Attn: Jason Stoops**<br>**1350 Eisenhower Pl**<br>**Ann Arbor, MI 48108**<br><br>Date(s) debt was incurred **9/1/2025**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,425.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Graybar/Schneider**<br>**34 N. Meramec Avenue**<br>**St. Louis, MO 63105**<br><br>Date(s) debt was incurred **2/1/2024**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$95,023.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Learfield**<br>**Attn: Shelby Koelling**<br>**922 Walnut Street**<br>**Kansas City, MO 64106**<br><br>Date(s) debt was incurred **7/1/2024**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$180,000.00** |

26-40805-lsg   Doc 62-1   Filed 03/10/26   Entered 03/10/26 15:47:31   Page 5 of 6

| Debtor | **South Town by 4M LLC** | Case number (if known) | **26-40805** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00** |
|---|---|---|---|

**Newmark Valuation & Advisory, LLC**
**Attn: Kate Fuller, Regional Admin.**
**2 Morrissey Blvd**
**Boston, MA 02125**

Date(s) debt was incurred  **11/10/2025**

Last 4 digits of account number  **2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Appraisal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ressiliant Solar of East Tennessee LLC**
**640 Myatt Dr.**
**Madison, TN 37115**

Date(s) debt was incurred  **5/1/2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 417,352.92 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 417,352.92 |