# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

SOUTH TOWN BY 4M LLC,                                    Case No. 26-40805-lsg
                                                         Chapter 11
Debtor.                                                  Hon. Lisa S. Gretchko

_____/

## APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICE

Now comes John W. Polderman, counsel for Michael Kalil, State Court Receiver and party in interest, in the above styled action, pursuant to Rule 2002(g), of the Federal Rules of Bankruptcy Procedure and requests that all Notices required to be mailed in this case be directed to:

John W. Polderman
Stevenson & Bullock, P.L.C
26100 American Drive, Ste. 500
Southfield, MI 48034

Further, Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, John W. Polderman hereby enters his Notice of Appearance.

Stevenson and Bullock, PLC

/s/ John W. Polderman
John W. Polderman (P65720)
Counsel for Court Appointed Receiver
26100 American Drive, Ste. 500
Southfield, MI 48034
(248) 354-7906
(248) 354-7907 facsimile number
jpolderman@sbplclaw.com

Dated: April 17, 2026

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE:

SOUTH TOWN BY 4M LLC,                       Case No. 26-40805-lsg
                                                 Chapter 11

Debtor.                                        Hon. Lisa S. Gretchko

_____/

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 17, 2026, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system. Notice of this filing will be sent to all parties requesting service via the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

                                             Stevenson and Bullock, PLC

Dated: April 17, 2026

                                             <u>/s/ John W. Polderman</u>
                                             John W. Polderman (P65720)
                                             Counsel for Court Appointed Receiver
                                             26100 American Drive, Ste. 500
                                             Southfield, MI 48034
                                             (248) 354-7906
                                             (248) 354-7907 facsimile number
                                             jpolderman@sbplclaw.com