UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                     Case No. 26-40805-lsg

South Town by 4M LLC,                      Chapter 11

        Debtor.                      Hon. Lisa S. Gretchko

_____/

**AMENDED EXHIBIT B (REVISED BUDGET) TO
MOTION FOR ENTRY OF AN ORDER (A) AUTHORING
THE DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING;
AND (B) GRANTING LIENS, SECURITY INTEREST, AND
<u>SUPERPRIORITY CLAIM</u>**

**Exhibit B**

**Revised Budget of South Town by 4M, LLC**
**April 1-2026-June 30, 2026**

| Expense | April | May | June | Total |
|---|---|---|---|---|
| Interest Payments to CNB (estimated) | $113,320.62 | $117,097.98 | $113,320.62 | $343,739.22 |
| UST Quarterly Fee | $350.00 | — | — | $350.00 |
| Interest City of Ann Arbor (taxes)[1] | $8,009.84 | $1,601.97. | $1,601.97 | $11,213.78 |
| Interest to Higley | $4,306.42 | $4,306.42 | $4,306.42 | $12,919.26 |
| Monthly Total | $125,986.88 | $123,006.37 | $119,229.01 | $368,222.26 |

---

[1] Tax debt $160,196.86. Four percent late charge equals $6,407.87. Interest at one percent per month equals $1,601.97.