**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

South Town by 4M LLC,

Debtor.

______________________/

Case No. 26-40805-lsg

Chapter 11

Hon. Lisa S. Gretchko

# ORDER AMENDING ORDER ESTABLISHING DEADLINES AND PROCEDURES FOR A SINGLE ASSET REAL ESTATE CASE

On March 16, 2026, the Court entered its Chapter 11 Case Management Order Establishing Deadlines and Procedures in this single asset real estate case ("Case Management Order"; ECF No. 76). On May 20, 2026, the Court entered an order that, *inter alia* (i) extended to July 27, 2026 the deadline for the Debtor to file a combined plan and disclosure statement, and (ii) scheduled the confirmation hearing for September 25, 2026 at 1:00 p.m. ("Plan Extension Order"; ECF No. 121).

On May 22, 2026, the Court held a status conference ("Status Conference") to address other dates in the Case Management Order that need to be changed in light of the dates described in the Plan Extension Order; counsel for each of the Debtor, County National Bank ("CNB"), and the United States Trustee appeared at the Status Conference and stipulated, on the record, to the dates set forth below in this Order. The Court is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The deadline for parties to request the Debtor to include any information in the disclosure statement pursuant to paragraph 3 of the Case Management Order is **June 29, 2026.**
2. The deadline for the Debtor to file its combined plan and disclosure statement is **July 27, 2026.**

3. The deadline to return ballots on the plan, as well as to file objections to final approval of the disclosure statement and objections to confirmation of the plan is **September 17, 2026.** The completed ballot form shall be returned by e-mail to the Debtor's attorney: Anthony M. Cimini, Taft Stettinius & Hollister, LLP, e-mail address: acimini@taftlaw.com.
4. The hearing on objections to final approval of the disclosure statement and confirmation of the plan shall be held on **September 25, 2026 at 1:00 p.m.** before the Honorable Lisa S. Gretchko, in Courtroom 1975, 211 West Fort Street, Detroit, Michigan 48226.
5. The deadline to file a motion to temporarily allow a claim or interest for the purpose of accepting or rejecting the plan pursuant to Fed.R.Bankr.P. 3018(a) is **August 17, 2026.**
6. The deadline for the Debtor to file a signed ballot summary is **September 23, 2026.**

**IT IS FURTHER ORDERED** that all provisions of the Case Management Order (ECF No. 76) that are not modified by this Order (or have not been previously modified by any other order of the Court) shall remain in effect.

**IT IS FURTHER ORDERED** that Debtor's counsel must promptly serve a copy of this Order upon all parties on the matrix in this case, and must promptly file a certificate of service demonstrating compliance with this paragraph of this Order.

**Signed on May 22, 2026**

**/s/ Lisa S. Gretchko**

**Lisa S. Gretchko**
**United States Bankruptcy Judge**