In re:                                              Case No. 26-40805

South Town By 4M, LLC,                              Chapter 11

            Debtor.                                 Hon. Lisa S. Gretchko

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, an employee of my firm, on my behalf, caused the filing of the following documents with the Clerk of the Court, which sends notice of the foregoing by operation of the Court's electronic filing service to all ECF participants registered to receive notice in the above-captioned bankruptcy case, and further caused service of the following documents by first class mail upon the parties listed on the Court's mailing matrix in the above-captioned matter, attached hereto as **Exhibit A**:

1. *Order Granting Preliminary Approval of Disclosure Statement and Scheduling Hearing Regarding Final Approval of the Disclosure Statement and Confirmation of Amended Plan* [ECF No. 169];

2. *First Amended Combined Plan and Disclosure Statement*, together with Exhibits A through G thereto and *Redline of the First Amended Combined Plan and Disclosure Statement* [ECF No. 171];

(collectively, the "Notices").

I further certify that on August 12, 2026, an employee of my firm, on my behalf, served the Notices via first class mail upon the parties listed in the Court's mailing matrix as of August 12, 2026 in the above-captioned matter, excluding duplicate addresses and the addresses of Debtor's counsel of record as reflected in the attached **Exhibit A**.

1

I further certify that on August 12, 2026, an employee of my firm, on my behalf, served ballots for acceptance or rejection of the *First Amended Combined Plan and Disclosure Statement* via first class mail upon each of Prentice Partners of Ann Arbor, LLC at the address reflected for the same on the Court's mailing matrix attached hereto as **Exhibit A**; and the Estate of Dr. Margaret Poscher: Attn. Heidi Caroline Poscher, Personal Representative, 1919 S. Industrial Hwy., Ann Arbor, MI 48014-4740 (true and accurate copies of such ballots are attached hereto as **Exhibit B** and **Exhibit C** respectively),.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**

Dated: August 12, 2026

*/s/ Kimberly Ross Clayson*
Kimberly Ross Clayson (P69804)
Jay L. Welford (P34471)
Anthony M. Cimini (P86223)
27777 Franklin Road – Suite 2500
Southfield, MI 48034
(248) 351-3000
kclayson@taftlaw.com
jwelford@taftlaw.com
acimini@taftlaw.com

*Counsel to the Debtor, South Town by 4M LLC*

**EXHIBIT A**
Mailing Matrix

Label Matrix for local noticing
0645-2
Case 26-40805-lsg
Eastern District of Michigan
Detroit
Wed Aug 12 11:42:44 EDT 2026

Brownstone Realty Advisors, LLC
28562 Oso Parkway
Rancho Sta. Margarita, CA 92688-5595

County National Bank
100 S. Jackson St.
Suite 206
Jackson, MI 49201-2252

Isabella Bank & Trust
c/o 4301 Fashion Square Boulevard
Saginaw, MI 48603-1250

Prentice Partners of Ann Arbor LLC
c/o Jacob & Weingarten, P.C.
25800 Northwestern Hwy Ste 500
Southfield, MI 48075-8403

South Town By 4M LLC
27777 Franklin Rd. Suite 2500
Southfield, MI 48034-8222

Synecdoche Design Studio LLC
c/o Mark S. Frankel
39395 W Twelve Mile Road
Suite 200
Farmington Hills, MI 48331-2968

The Albert M. Higley Co., LLC
c/o Strobl Stark PLLC
33 Bloomfield Hills Pkwy.
Suite 125
Bloomfield Hills, MI 48304-2936

Bill Me Later, Inc./PayPal, Inc.
2211 N. First Street
San Jose, CA 95131-2021

Brownstone Realty Advisors, LLC
28562 Oso Parkway, Suite D522
Rancho Santa Margarita, CA 92688-5595

Building Decommission Services, LLC
c/o Jacob A. Kahn, attorney
Deneweth, Vittiglio & Sassak, P.C.
1175 W. Long Lake Rd., Suite 202
Troy, MI 48098-4455

Charles D. Bullock
Stevenson & Bullock, P.L.C.
26100 American Dr., Suite 500
Southfield, MI 48034-6184

City of Ann Arbor
Attn: Assessor
301 E. Huron St.
Ann Arbor, MI 48104-1908

County National Bank (CNB)
1 S. Howell Street
Hillsdale, MI 49242-1811

G2
Attn: Jason Stoops
1350 Eisenhower Pl
Ann Arbor, MI 48108-3282

Graybar/Schneider
34 N. Meramec Avenue
St. Louis, MO 63105-3844

Heidi Caroline Poscher
1919 S. Industrial Hwy.
Ste. A
Ann Arbor, MI 48104-4740

Heidi Poscher
By Way of Prentice Partners
1919 S Industrial Highway
Ann Arbor, MI 48104-4740

Higley Construction
Attn: Ryan Doyle
1274 Library St. #400
Detroit, MI 48226-2283

Learfield
Attn: Shelby Koelling
922 Walnut Street
Kansas City, MO 64106-1802

Prentice Partners of Ann Arbor LLC
1919 S. Industrial Hwy.
Ann Arbor, MI 48104-4740

Ressiliant Solar of East Tennessee LLC
640 Myatt Dr.
Madison, TN 37115-2127

SmithGroup
Attn: Michael Johnson
201 Depot St #100
Ann Arbor, MI 48104-1019

SmithGroup, Inc.
c/o Charles D. Bullock
Stevenson & Bullock, P.L.C.
26100 American Dr., Suite 500
Southfield, MI 48034-6184

Spartan Business Solutions, LLC
1301 State Rte 36
Bldg 2, Ste 15
Hazlet, NJ 07730-1746

Synecdoche Design Studio, LLC
626 Harper Avenue
Detroit, MI 48202-3540

Synedouche Studios
Attn: Lisa Sauve
626 Harper Ave, Suite A
Detroit, MI 48202-3540

The Albert M. Higley Co., LLC
c/o Jeffrey T. Goudie, Esq.
33 Bloomfield Hills Pkwy. #125
Bloomfield Hills, MI 48304-2936

Washtenaw County Treasurer
200 N Main St, Ste 200
Ann Arbor, MI 48104-1413

Anthony M. Cimini Jr
Taft Stettinius & Hollister LLP
27777 Franklin Rd
Suite 2500
Southfield, MI 48034-8221

Jay L. Welford
Taft Stettinius & Hollister, LLP
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8214

Jeffrey T. Goudie
Strobl Stark PLLC
33 Bloomfield Hills Pkwy.
Ste 125
Bloomfield Hills, MI 48304-2936

John Polderman
Stevenson & Bullock PLC
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Kimberly Ross Clayson
Taft Stettinius & Hollister, LLP
27777 Franklin Rd. Suite 2500
Southfield, MI 48034-8222

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Building Decommission Services, LLC

(u)Chelsea State Bank

(u)SmithGroup, Inc.

(u)Taft Stettinius & Hollister, LLP

(u)Andrew R. Vara

(u)Heidi Poscher

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39

## EXHIBIT B
Ballot (Prentice Partners of Ann Arbor, LLC)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 26-40805

South Town By 4M, LLC,                          Chapter 11

            Debtor.                             Hon. Lisa S. Gretchko

_____/

**BALLOT FOR ACCEPTING OR REJECTING FIRST AMENDED
COMBINED CHAPTER 11 PLAN AND DISCLOSURE STATEMENT
CLASS 4 - SECURED CLAIM
<u>PRENTICE PARTNERS OF ANN ARBOR, LLC</u>**

South Town by 4M, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "<u>Debtor</u>"), has proposed its First Amended Combined Chapter 11 Plan of Reorganization and Disclosure Statement (as it may be amended, modified or supplemented from time to time, the "<u>Plan</u>"). Capitalized terms used but not defined in this ballot have the meanings given to them in the Plan.

This ballot is submitted to you to solicit your vote to accept or reject the Plan as the holder of the Class 4 Claim of Prentice Partners of Ann Arbor, LLC ("<u>Prentice</u>"). Class 4 consists of Prentice's Claim, secured by a mortgage against the Property in the principal amount of $8,500,000.00. Class 4 is impaired under the Plan and is entitled to vote to accept or reject the Plan.

You should review the Plan and the Disclosure Statement contained therein before you vote. You may wish to seek independent legal advice concerning the Plan and its classification and treatment of your Claim. The deadline for the Bankruptcy Court's receipt of ballots is **5:00 p.m. (Eastern Time) on September 17, 2026** (the "Voting Deadline"). Any ballot which is not received by the Voting Deadline will not be counted.

ITEM 1.  Amount of Claim.

The undersigned, the holder of a Class 4 Claim against the Debtor, certifies that the amount of its Claim for voting purposes is:  $8,500,000.00.

1

ITEM 2.  Vote on Plan.

The undersigned holder of the Class 4 Claim set forth in Item 1 above votes as follows (check one box):

☐   ACCEPT the Plan
☐   REJECT the Plan

ITEM 3.  Certification.

By signing this ballot, the undersigned certifies that it is the holder of the Class 4 Claim identified in Item 1 above, or is an authorized signatory for an entity that is the holder of such Claim, and that it has received a copy of the Plan and Disclosure Statement.

Name of Creditor:  Prentice Partners of Ann Arbor, LLC
Signature: _____
Print Name: _____
Title (if applicable): _____
Date: _____
Address: _____
_____
Telephone Number: _____

PLEASE RETURN YOUR COMPLETED BALLOT SO THAT IT IS RECEIVED ON OR BEFORE THE VOTING DEADLINE OF 5:00 P.M. (EASTERN TIME) ON SEPTEMBER 17, 2026 BY EMAIL TO:

Anthony Cimini, Taft Stettinius & Hollister LLP, acimini@taftlaw.com

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL TO THE DEBTOR AT THE ADDRESS SET FORTH ABOVE.

**EXHIBIT C**
Ballot (Estate of Dr. Margaret Poscher)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 26-40805

South Town By 4M, LLC,                              Chapter 11

      Debtor.                                     Hon. Lisa S. Gretchko

_____/

**BALLOT FOR ACCEPTING OR REJECTING FIRST AMENDED
COMBINED CHAPTER 11 PLAN AND DISCLOSURE STATEMENT
CLASS 10 - EQUITY INTERESTS OF THE DEBTOR
(THE ESTATE OF DR. MARGARET POSCHER)**

South Town by 4M, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), has proposed its First Amended Combined Chapter 11 Plan of Reorganization and Disclosure Statement (as it may be amended, modified or supplemented from time to time, the "Plan"). Capitalized terms used but not defined in this ballot have the meanings given to them in the Plan.

This ballot is submitted to you to solicit your vote to accept or reject the Plan as the holder of the Class 10 Equity Interest of the Debtor. Class 10 consists of the Equity Interests of the Debtor, namely the The Estate of Dr. Margaret Poscher (the "Poscher Estate"), which holds 100 percent of the equity interest in the Debtor. Class 10 is impaired under the Plan and is entitled to vote to accept or reject the Plan.

You should review the Plan and the Disclosure Statement contained therein before you vote. You may wish to seek independent legal advice concerning the Plan and its classification and treatment of your Equity Interest. The deadline for the Bankruptcy Court's receipt of ballots is **5:00 p.m. (Eastern Time) on September 17, 2026** (the "Voting Deadline"). Any ballot which is not received by the Voting Deadline will not be counted.

ITEM 1. Amount and Nature of Equity Interest.

The undersigned holder of a Class 10 Equity Interest in the Debtor certifies that it holds 100 percent of the membership/equity interest in the Debtor.

ITEM 2.  Vote on Plan.

The undersigned holder of the Class 4 Claim set forth in Item 1 above votes as follows (check one box):

☐   ACCEPT the Plan

☐   REJECT the Plan

ITEM 3.  Certification.

By signing this ballot, the undersigned certifies that it is the holder of the Class 10 Equity Interest identified in Item 1 above, or is an authorized signatory for the entity/estate that is the holder of such Equity Interest, and that it has received a copy of the Plan and Disclosure Statement.

Name of Equity Interest Holder:  The Estate of Dr. Margaret Poscher (deceased)

Signature: _____

Print Name: _____

Title (if applicable): _____

Date: _____

Address: _____

_____

Telephone Number: _____

PLEASE RETURN YOUR COMPLETED BALLOT SO THAT IT IS RECEIVED ON OR BEFORE THE VOTING DEADLINE OF 5:00 P.M. (EASTERN TIME) ON SEPTEMBER 17, 2026 BY EMAIL TO:

Anthony Cimini, Taft Stettinius & Hollister LLP, acimini@taftlaw.com

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL TO THE DEBTOR AT THE ADDRESS SET FORTH ABOVE.