**Fill in this information to identify the case:**

Debtor name **South Town by 4M LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **26-40805**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Owner's construction representative contract related to project including apartments, short term rentals, and microgrid** | |
| State the term remaining | **Duration of project** | **DMC Real Estate Services**<br>**809 Daniel St.**<br>**Ann Arbor, MI 48103** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Professional Engineering Services and Microgrid Construction Agreement** | |
| State the term remaining | **As agreed by parties** | **Graybar/Schneider**<br>**34 N. Meramec Avenue**<br>**Saint Louis, MO 63105** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Civil engineering services agreement for project including apartments, short term rentals, and microgrid** | |
| State the term remaining | **K Date through post-construction** | **Nederveld**<br>**3037 Miller Rd**<br>**Ann Arbor, MI 48103** |
| List the contract number of any government contract | | |

Debtor 1 **South Town by 4M LLC** (First Name / Middle Name / Last Name)

Case number *(if known)* **26-40805**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Newmark Valuation & Advisory, LLC**<br>**Attn: Kate Fuller, Regional Admin.**<br>**2 Morrissey Blvd**<br>**Boston, MA 02125** |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Resset Energy** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Ressiliant Solar of East Tennessee LLC**<br>**2126 Southwood Drive**<br>**Maryville, TN 37803** |