UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-40805-lsg |
| South Town by 4M LLC, | Chapter 11 |
| Debtor. | Hon. Lisa S. Gretchko |

_________________________/

**ORDER SCHEDULING AN EXPEDITED HEARING ON THE DEBTOR'S SECOND MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO INCREASE THE AMOUNT OF ITS POST-PETITION FINANCING**

THIS MATTER came before the Court upon the Debtor's Ex Parte Motion for an Order Shortening Notice and Scheduling an Expedited Hearing ("Expediting Motion"; ECF No. 198) on the Debtor's Second Motion for Entry of an Order Authorizing the Debtor to Increase the Amount of its Post-Petition Financing ("Second DIP Increase Motion"; ECF No. 192). The Court has reviewed the Expediting Motion, the Second DIP Increase Motion, and other pertinent pleadings and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Expediting Motion is granted as set forth in this Order, and that **an in-person hearing on the Second DIP Increase Motion will be held on September 18, 2026 at 1:00 pm before the Honorable Lisa S. Gretchko, 211 W. Fort Street, Courtroom 1975, Detroit, Michigan 48226.**

**IT IS FURTHER ORDERED that __any objection to the Second DIP Increase Motion must be filed by 1:00 p.m. on September 17, 2026__.**

**IT IS FURTHER ORDERED that by 5:00 p.m. on September 11, 2026, Debtor's counsel must serve (via e-mail, overnight mail, facsimile, hand-delivery, or another method designed to effect expedited, actual service) a copy of the Second DIP Increase Motion, and a copy of this Order on all parties listed on the Court's mailing matrix in this case or their respective counsel (if known), and must also (by 5:00 p.m. on September 11, 2026) file a certificate of service demonstrating compliance with this paragraph of this Order.**

**Signed on September 11, 2026**

**/s/ Lisa S. Gretchko**

**Lisa S. Gretchko**
**United States Bankruptcy Judge**