UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-40805-lsg |
| South Town by 4M LLC, | Chapter 11 |
| Debtor. | Hon. Lisa S. Gretchko |

_________________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, prior to 5:00 p.m. Eastern Standard Time, I caused a true and correct copy of (i) the *Debtor's Second Motion for Entry of an Order Authorizing the Debtor to Increase the Amount of its Post-Petition Financing* [ECF No. 192] and (ii) the *Order Scheduling an Expedited Hearing on the Debtor's Second Motion for Entry of an Order Authorizing the Debtor to Increase the Amount of its Post-Petition Financing* [ECF No. 200] as follows:

By email to the following parties and their counsel of record, at the email addresses set forth below:

Kimberly Bedigian, on behalf of Creditor SmithGroup, Inc.
kbedigian@sbplclaw.com

Charles D. Bullock, on behalf of Creditor SmithGroup, Inc.
cbullock@sbplclaw.com; dlewis@sbplclaw.com

303763236v2

Kelley Callard, on behalf of U.S. Trustee Andrew R. Vara
Kelley.Callard@usdoj.gov

Robert J. Diehl, Jr., on behalf of Creditor County National Bank
rdiehl@bodmanlaw.com

David Eisenberg, on behalf of Interested Party Heidi Poscher
deisenberg@maddinhauser.com

Mark S. Frankel, on behalf of Creditor Synecdoche Design Studio LLC
mfrankel@couzens.com

Jeffrey T. Goudie, on behalf of Creditor The Albert M. Higley Co., LLC
jgoudie@strobllaw.com; ngirardot@strobllaw.com; tcleland@strobllaw.com

Jennifer K. Green, on behalf of Creditor Brownstone Realty Advisors, LLC
jgreen@clarkhill.com

Jacob Kahn, on behalf of Creditor Building Decommission Services, LLC
jkahn@dvs-law.com; jzinck@dvs-law.com; khannah@dvs-law.com; Emiller@dvs-law.com

John Polderman, on behalf of Other Professional John Polderman
jpolderman@sbplclaw.com; jlassen@sbplclaw.com

David Lawrence Puskar, on behalf of Interested Party Isabella Bank & Trust
davpus@braunkendrick.com; brirei@braunkendrick.com;
kelspe@braunkendrick.com

Howard S. Sher, on behalf of Creditor Prentice Partners of Ann Arbor LLC
howard@jacobweingarten.com

Julie Beth Teicher, on behalf of Interested Party Heidi Poscher
jteicher@maddinhauser.com

Frances Belzer Wilson, on behalf of Interested Party Chelsea State Bank
fwilson@dmms.com; krendell@dmms.com; jcutler@dawdalaw.com

Jaimee Lauren Witten, on behalf of Creditor County National Bank
jwitten@bodmanlaw.com

By overnight mail via Federal Express addressed to each creditor listed on the creditor mailing matrix attached hereto as **Exhibit A**.[1]

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**

/s/ *Anthony Cimini*
Anthony Cimini (P86223)
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com
acimini@taftlaw.com

Dated: September 11, 2026 *Counsel to the Debtor, South Town by 4M LLC*

[1] Resset Energy identified in the attached Exhibit A is the shortened name of Ressiliant Solar of East Tennessee LLC. Chelsea State Bank is marked as undeliverable in the attached Exhibit A, however its counsel is listed as receiving email notice above.

# EXHIBIT A

Label Matrix for local noticing
0645-2
Case 26-40805-lsg
Eastern District of Michigan
Detroit
Fri Sep 11 09:50:19 EDT 2026

Kimberly Bedigian
Stevenson & Bullock, P.L.C.
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Bill Me Later, Inc./PayPal, Inc.
2211 N. First Street
San Jose, CA 95131-2021

Brownstone Realty Advisors, LLC
28562 Oso Parkway
Rancho Sta. Margarita, CA 92688-5595

Brownstone Realty Advisors, LLC
28562 Oso Parkway, Suite D522
Rancho Santa Margarita, CA 92688-5595

Building Decommission Services, LLC
c/o Jacob A. Kahn, attorney
Deneweth, Vittiglio & Sassak, P.C.
1175 W. Long Lake Rd., Suite 202
Troy, MI 48098-4455

Charles D. Bullock
Stevenson & Bullock, P.L.C.
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Kelley Callard (UST)
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226-3263

Anthony M. Cimini Jr
Taft Stettinius & Hollister LLP
27777 Franklin Rd
Suite 2500
Southfield, MI 48034-8222

City of Ann Arbor
Attn: Assessor
301 E. Huron St.
Ann Arbor, MI 48104-1908

Kimberly Ross Clayson
Taft Stettinius & Hollister, LLP
27777 Franklin Rd. Suite 2500
Southfield, MI 48034-8222

County National Bank
100 S. Jackson St.
Suite 206
Jackson, MI 49201-2252

County National Bank (CNB)
1 S. Howell Street
Hillsdale, MI 49242-1811

DMC Real Estate Services
809 Daniel Street
Ann Arbor, MI 48103-3211

Robert J. Diehl Jr.
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226-2336

David Eisenberg
Maddin, Hauser, Roth & Heller, P.C.
One Towne Square
Fifth Floor
Southfield, MI 48076-3700

Mark S. Frankel
39395 W. 12 Mile
Suite 200
Farmington Hills, MI 48331-2968

G2
Attn: Jason Stoops
1350 Eisenhower Pl
Ann Arbor, MI 48108-3282

Jeffrey T. Goudie
Strobl Stark PLLC
33 Bloomfield Hills Pkwy.
Ste 125
Bloomfield Hills, MI 48304-2936

Graybar/Schneider
34 N. Meramec Avenue
St. Louis, MO 63105-3844

Jennifer K. Green
Clark Hill PLC
220 Park Street
Ste. 200
Birmingham, MI 48009-3477

Heidi Caroline Poscher
1919 S. Industrial Hwy.
Ste. A
Ann Arbor, MI 48104-4740

Heidi Poscher
By Way of Prentice Partners
1919 S Industrial Highway
Ann Arbor, MI 48104-4740

Higley Construction
Attn: Ryan Doyle
1274 Library St. #400
Detroit, MI 48226-2283

Isabella Bank & Trust
c/o 4301 Fashion Square Boulevard
Saginaw, MI 48603-1250

Jacob Kahn
Deneweth, Dugan & Parfitt, P.C.
1175 W Long Lake Rd, Unit 202
Troy, MI 48098-4455

Learfield
Attn: Shelby Koelling
922 Walnut Street
Kansas City, MO 64106-1802

Nederveld
3037 Miller Road
Ann Arbor, MI 48103-2122

Newmark Valuation & Advisory, LLC
Attn: Kate Fuller, Regional Admin.
2 Morrissey Blvd.
Boston, MA 02125-3312

John Polderman
Stevenson & Bullock PLC
26100 American Drive
Suite 500
Southfield, MI 48034-6187

John Polderman
Stevenson & Bullock, P.L.C.
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Prentice Partners of Ann Arbor LLC
c/o Jacob & Weingarten, P.C.
25800 Northwestern Hwy Ste 500
Southfield, MI 48075-8403

Prentice Partners of Ann Arbor LLC
1919 S. Industrial Hwy.
Ann Arbor, MI 48104-4740

David Lawrence Puskar
4301 Fashion Square Blvd.
Saginaw, MI 48603-1250

Ressiliant Solar of East Tennessee LLC
2126 Southwood Drive
Maryville, TN 37803-6352

Ressiliant Solar of East Tennessee LLC
640 Myatt Dr.
Madison, TN 37115-2127

Howard S. Sher
25800 Northwestern Highway
Suite 500
Southfield, MI 48075-8403

SmithGroup
Attn: Michael Johnson
201 Depot St #100
Ann Arbor, MI 48104-1019

SmithGroup, Inc.
c/o Charles D. Bullock
Stevenson & Bullock, P.L.C.
26100 American Dr., Suite 500
Southfield, MI 48034-6184

South Town By 4M LLC
27777 Franklin Rd. Suite 2500
Southfield, MI 48034-8222

Spartan Business Solutions, LLC
1301 State Rte 36
Bldg 2, Ste 15
Hazlet, NJ 07730-1746

Synecdoche Design Studio LLC
c/o Mark S. Frankel
39395 W Twelve Mile Road
Suite 200
Farmington Hills, MI 48331-2968

Synecdoche Design Studio, LLC
626 Harper Avenue
Detroit, MI 48202-3540

Synedouche Studios
Attn: Lisa Sauve
626 Harper Ave, Suite A
Detroit, MI 48202-3540

Julie Beth Teicher
Maddin, Hauser, Roth & Heller, P.C.
One Towne Square
Fifth Floor
Southfield, MI 48076-3700

The Albert M. Higley Co., LLC
c/o Strobl Stark PLLC
33 Bloomfield Hills Pkwy.
Suite 125
Bloomfield Hills, MI 48304-2936

The Albert M. Higley Co., LLC
c/o Jeffrey T. Goudie, Esq.
33 Bloomfield Hills Pkwy. #125
Bloomfield Hills, MI 48304-2936

Washtenaw County Treasurer
200 N Main St, Ste 200
Ann Arbor, MI 48104-1413

Jay L. Welford
Taft Stettinius & Hollister, LLP
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8214

Frances Belzer Wilson
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304-5103

Jaimee Lauren Witten
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226-2336

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Building Decommission Services, LLC

(d)Charles D. Bullock
Stevenson & Bullock, P.L.C.
26100 American Dr., Suite 500
Southfield, MI 48034-6184

(u)Chelsea State Bank

(u)Heidi Poscher

(u)Resset Energy

(u)SmithGroup, Inc.

| | | |
|---|---|---|
| (u)Taft Stettinius & Hollister, LLP | (u)Andrew R. Vara | End of Label Matrix<br>Mailable recipients 50<br>Bypassed recipients 8<br>Total 58 |