UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-40805-lsg |
| South Town by 4M LLC, | Chapter 11 |
| Debtor. | Hon. Lisa S. Gretchko |

_________________________/

**ORDER GRANTING DEBTOR'S OMNIBUS**
**MOTION TO REJECT EXECUTORY CONTRACTS**

This matter came before the Court upon the Debtor's Motion to Reject Executory Contracts ("Motion"; ECF No. 163). Required parties were served with the Motion and with notice of the deadline for objections thereto. No objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Motion and other pertinent pleadings and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is granted as set forth in this Order.

**IT IS FURTHER ORDERED** that, to the extent that the Debtor's Contracts[1] with the below listed Contract Parties are executory, they are rejected as of the date of entry of this Order:

- **The Albert M. Higley Co., LLC**
- **DMC Real Estate Services**

[1] Capitalized terms used but not defined in this Order shall have the meaning ascribed to them in the Motion.

- **Graybar/Schneider**
- **Learfield**
- **Nederveld**
- **Newmark Valuation & Advisory, LLC**
- **Ressiliant Solar of East Tennessee LLC**

**IT IS FURTHER ORDERED** that Debtor's counsel must promptly serve a copy of this Order upon each of the above-named Contract Parties, and must promptly file a certificate of service demonstrating when and how service was made on each of them. Any claim for rejection damages must be filed within 30 days of the service of this Order upon the applicable Contract Party.

**Signed on September 17, 2026**

**/s/ Lisa S. Gretchko**

**Lisa S. Gretchko**
**United States Bankruptcy Judge**