**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

## COVER SHEET FOR AMENDMENTS

**Case Name:** South Town by 4M LLC **Case No.:** 26-40805

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

☐ **Amendment to Petition:**
☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)

☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**

☐ **Statement of Financial Affairs**

☑ **Schedules and List of Creditors:**

☐ Schedule A/B
☐ Schedule C ☐ Debtor 2 Schedule C
☐ List of Creditors ☐ Schedule D ☑ Schedule E/F and
☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
☑ Schedule G
☐ Schedule H
☐ Schedule I
☐ Schedule J
☐ Schedule J-2
☐ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** Schedule F- SmithGroup, Inc. added; Learfield - claim amount changed; Schedule G - SmithGroup, Inc. added; The Albert M. Higley Co., LLC added; Learfield added; Newmark - description added; Ressiliant - description added; Resset Energy deleted.

| | |
|---|---|
| ➨ | **DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached.** |
| **Date** September 17, 2026 | **Signature** */s/Anthony M. Cimini* |
| ➨ | **AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief.** |
| **Date** September 17, 2026 | **Signature** Signed by: Heidi Caroline Poscher 7196978ACAC74F8... |

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:** **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:** **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:** **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:** **PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:** ______________________

**ADDRESS:** ______________________

**NAME OF CREDITOR:** ______________________

**ADDRESS:** ______________________

**NAME OF CREDITOR:** ______________________

**ADDRESS:** ______________________

***FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.***



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **South Town by 4M LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **26-40805**

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
**Bill Me Later, Inc./PayPal, Inc.**
**2211 North First Street**
**San Jose, CA 95131**
Date(s) debt was incurred **unknown**
Last 4 digits of account number **5969**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **LoanBuilder account**
Is the claim subject to offset? ■ No ☐ Yes

**$105,404.92**

**3.2** Nonpriority creditor's name and mailing address
**G2**
**Attn: Jason Stoops**
**1350 Eisenhower Pl**
**Ann Arbor, MI 48108**
Date(s) debt was incurred **9/1/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$26,425.00**

**3.3** Nonpriority creditor's name and mailing address
**Graybar/Schneider**
**34 N. Meramec Avenue**
**St. Louis, MO 63105**
Date(s) debt was incurred **2/1/2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$95,023.00**

**3.4** Nonpriority creditor's name and mailing address
**Learfield**
**Attn: Shelby Koelling**
**922 Walnut Street**
**Kansas City, MO 64106**
Date(s) debt was incurred **7/1/2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

Debtor **South Town by 4M LLC** Case number (if known) **26-40805**
Name

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Newmark Valuation & Advisory, LLC**<br>**Attn: Kate Fuller, Regional Admin.**<br>**2 Morrissey Blvd**<br>**Boston, MA 02125**<br>**Date(s) debt was incurred** 11/10/2025<br>**Last 4 digits of account number** 2001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Appraisal services<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,500.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Ressiliant Solar of East Tennessee LLC**<br>**2126 Southwood Drive**<br>**Maryville, TN 37803**<br>**Date(s) debt was incurred** 5/1/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**SmithGroup, Inc.**<br>**Attn: Michael Johnson**<br>**201 Depot St, #100**<br>**Ann Arbor, MI 48104**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$394,587.45** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SmithGroup, Inc.**<br>**c/o Charles Bullock**<br>**Stevenson & Bullock, P.L.C.**<br>**26100 Americana Dr., Suite 500**<br>**Southfield, MI 48034** | Line 3.7<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 661,940.37 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 661,940.37 |

**Fill in this information to identify the case:**

Debtor name **South Town by 4M LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **26-40805**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Owner's construction representative contract related to project including apartments, short term rentals, and microgrid** | |
| | State the term remaining | **Duration of project** | **DMC Real Estate Services**<br>**809 Daniel St.**<br>**Ann Arbor, MI 48103** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Engineering Services and Microgrid Construction Agreement** | |
| | State the term remaining | **As agreed by parties** | **Graybar/Schneider**<br>**34 N. Meramec Avenue**<br>**Saint Louis, MO 63105** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Civil engineering services agreement for project including apartments, short term rentals, and microgrid** | |
| | State the term remaining | **K Date through post-construction** | **Nederveld**<br>**3037 Miller Rd**<br>**Ann Arbor, MI 48103** |
| | List the contract number of any government contract | | |

Debtor 1 **South Town by 4M LLC** (First Name / Middle Name / Last Name) — Case number *(if known)* **26-40805**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Provided a market revenue study and valuation guidance.** | **Newmark Valuation & Advisory, LLC**<br>**Attn: Kate Fuller, Regional Admin.**<br>**2 Morrissey Blvd**<br>**Boston, MA 02125** |
| | State the term remaining | **As agreed by Parties** | |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Provided an energy market analysis.** | **Ressiliant Solar of East Tennessee LLC**<br>**2126 Southwood Drive**<br>**Maryville, TN 37803** |
| | State the term remaining | **As agreed by Parties** | |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Provided services related to site-plan approval and various engineering and architectural services.** | **SmithGroup, Inc.**<br>**Attn: Michael Johnson**<br>**201 Depot St, #100**<br>**Ann Arbor, MI 48104** |
| | State the term remaining | **As agreed by Parties** | |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Provided various construction and advisory services for the Development.** | **The Albert M. Higley Co., LLC**<br>**Attn: Ryan Doyle**<br>**1274 Library St., #400**<br>**Detroit, MI 48226** |
| | State the term remaining | **As agreed by Parties** | |
| | List the contract number of any government contract | | |